# Robinson+Cole

> The request to extend Defendant Multiplan's time to respond to the complaint, until October 2, 2023, is granted.  SO ORDERED.
>
> *Edgardo Ramos, U.S.D.J.*
> Dated: August 25, 2023
> New York, New York

E. EVANS WOHLFORTH, JR.

666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
ewohlforth@rc.com
Direct (212) 451-2954

Admitted in New York
and New Jersey

August 24, 2023

**VIA ECF**

**MEMO ENDORSED**

The Honorable Edgardo Ramos, U.S.D.J.
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   **Adventist Health System Sunbelt Healthcare Corporation v. MultiPlan, Inc. Case No. 23-cv-07031 (ER)**

Dear Judge Ramos:

Our firm represents Defendant, MultiPlan, Inc. ("MultiPlan"), in the above-referenced action.

We write to request a 30-day extension of the deadline for MultiPlan to file its response to Plaintiff's Complaint.  MultiPlan's response to the Complaint is currently due on or before September 1, 2023.  We respectfully request that this deadline be extended through and including October 2, 2023.  Counsel for Plaintiff have kindly consented to this request.

This is MultiPlan's first request for an extension of this deadline, and it is being requested to provide MultiPlan additional time to investigate the allegations in the Complaint and formulate an appropriate response. The requested adjournment does not affect any other scheduled date in this matter.

Respectfully submitted,

E. Evans Wohlforth, Jr.

cc: All Counsel of Record (*via* ECF)

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP