UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVENTIST HEALTH SYSTEM SUNBELT HEALTHCARE CORP., <br><br> Plaintiff, <br><br> v. <br><br> MULTIPLAN, INC., <br><br> Defendant. | Civil Action No.1:23-CV-07031-ER-KP |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of Defendant MultiPlan, Inc. before the Honorable Edgardo Ramos, in Courtroom 619 of the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an order dismissing Plaintiff Adventist Health System Sunbelt Healthcare Corp.'s Complaint (ECF No. 1) with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: December 12, 2023 | Respectfully Submitted,<br><br>/s/ *Lawrence E. Buterman*<br>Lawrence E. Buterman<br>Katherine A. Rocco<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>(212) 906-1200<br>Lawrence.Buterman@lw.com<br>Katherine.Rocco@lw.com<br><br>Sadik Huseny (*pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>300 Colorado Street, Suite 2400<br>Austin, TX 78701<br>(737) 910-7300<br>Sadik.Huseny@lw.com<br><br>Brendan A. McShane (*pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 391-0600<br>Brendan.McShane@lw.com<br><br>Anna M. Rathbun *(pro hac vice)*<br>Molly Barron (*pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>(202) 637-2200<br>Anna.Rathbun@lw.com<br>Molly.Barron@lw.com<br><br>*Counsel for Defendant* |