IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adventist Health System Sunbelt Healthcare Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MultiPlan, Inc.,<br><br>　　　　　Defendant. | Case No. 1:23-cv-07031-ER |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Stephen M. Cohen, who is admitted to practice in this Court, respectfully enters his appearance as counsel for Plaintiff Adventist Health System Sunbelt Healthcare Corporation, and requests that copies of all future pleadings, filings, notices, orders, correspondence, and other papers in connection with this action be served upon him.

Dated: May 30, 2024

　　　　　　　　　　　　　　　　　　　　　*/s/ Stephen M. Cohen*
　　　　　　　　　　　　　　　　　　　　　Stephen M. Cohen
　　　　　　　　　　　　　　　　　　　　　VINSON & ELKINS LLP
　　　　　　　　　　　　　　　　　　　　　2200 Pennsylvania Ave., N.W.
　　　　　　　　　　　　　　　　　　　　　Suite 500 West
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20037
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 639-6500
　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 639-6604
　　　　　　　　　　　　　　　　　　　　　scohen@velaw.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Adventist Health*
　　　　　　　　　　　　　　　　　　　　　*System Sunbelt Healthcare Corporation*