**Robinson+Cole**

**MEMO ENDORSED**, pg. 2.

E. EVANS WOHLFORTH, JR.

666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
ewohlforth@rc.com
Direct (212) 451-2954

Admitted in New York
and New Jersey

October 19, 2023

<u>VIA ECF</u>

The Honorable Edgardo Ramos
United States District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    **Re:**    **Adventist Health System Sunbelt Healthcare Corporation v. MultiPlan, Inc.
Case No. 23-cv-07031(ER)**

Dear Judge Ramos:

    This law firm in association with Latham & Watkins, L.L.P. and Phelps Dunbar, L.L.P. represents Defendant, MultiPlan, Inc. ("MultiPlan"), in the above-referenced action. We respectfully request that the Court accept this Letter Motion to Be Relieved as Counsel for the reasons set forth in the annexed Declaration of E. Evans Wohlforth, Jr., per Rule 1.4 of the Local Rules of the Southern and Eastern Districts of New York.

    The ground for this request is that MultiPlan has retained the law firm of Latham & Watkins LLP to represent it in the above-referenced matter, the Latham & Watkins firm has appeared on behalf of Multiplan, and Multiplan and no longer needs Robinson & Cole LLP to represent it in this case. The Latham & Watkins and Phelps Dunbar firms will continue to represent Multiplan in this matter.

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | **rc.com**

Robinson & Cole LLP

**Robinson+Cole**

The Honorable Edgardo Ramos
United States District Judge
October 19, 2023
Page 2 of 2

      We thank Your Honor for your kind attention to this request. Please do not hesitate to have the Court's staff contact me with any questions or concern, of if we may be of any service to the Court whatsoever.

                          Respectfully submitted,

                          E. Evans Wohlforth, Jr.

Encs.

cc:    Multiplan, Inc. (per Local Rule 1.4)(*via* Overnight Courier)
        All Counsel of Record (*via* ECF)

---

Robinson+Cole's application to withdraw as counsel of record is granted.  The Clerk of the Court is respectfully directed to terminate E. Evans Wohlforth, Jr. as counsel of record for Defendant Multiplan.
SO ORDERED.

                          Edgardo Ramos, U.S.D.J.
                          Dated:  6/12/2024
                          New York, New York